IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, | |
| Plaintiff, | |
| v. | Case No. 14-cv-04361 |
| PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS INC.; ACTAVIS PLC; ACTAVIS, INC.; WATSON, PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., | Honorable Elaine E. Bucklo |
| Defendants. | |

**DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT UNDER THE PRIMARY JURISDICTION
DOCTRINE AND UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Defendants Purdue Pharma L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc., and Watson Laboratories, Inc. (collectively, "Defendants"), by and through their attorneys, hereby move this Court for an order dismissing with prejudice the First Amended Complaint filed by Plaintiff City of Chicago (the "City") under the primary jurisdiction doctrine and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Defendants state as follows:

On June 2, 2014, the City filed a partially redacted complaint in the Circuit Court of Cook County, Illinois, County Department, Law Division, against Purdue Pharma L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., Teva Pharmaceutical Industries, Ltd., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Endo Health Solutions, Inc., and Actavis PLC ("Original Defendants"). *See* Doc. No. 4-1 at 2.

On June 9, 2014, the City filed "Plaintiff City of Chicago's Ex Parte Motion for Leave to File First Amended Complaint" in the Circuit Court of Cook County ("Motion for Leave"). *See* Doc. No. 4-1 at 132.

On June 11, 2014, before the Circuit Court could consider the City's Motion for Leave, Defendants removed the case to this Court. *See* Doc. No. 4.

On July 22, 2014, pursuant to agreement of the parties, the City filed an unredacted version of its original complaint. *See* Doc. No. 81-1.

On August 29, 2014, Original Defendants filed a Joint Motion to Dismiss Plaintiff's Complaint Under the Primary Jurisdiction Doctrine and Under Rule 12(b)(6) for Failure to State a Claim. *See* Doc. No. 119. Janssen Pharmaceuticals, Inc. and Johnson & Johnson also filed an individual Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) for Failure to State a Claim as to them, *see* Doc. No. 123, as did Actavis Plc, *see* Doc. No. 111, Cephalon, Inc. and Teva Pharmaceutical Industries Ltd., *see* Doc. No. 114, and Endo Health Solutions Inc., *see* Doc. No. 117.

In response to the motions to dismiss, the City chose to voluntarily amend its Complaint and file a First Amended Complaint ("FAC") naming all the Defendants. On October 14, 2014, the City moved to file an unredacted version of its FAC under seal in order to comply with confidentiality agreements between the City and certain Defendants. *See* Doc. No. 161.

On October 20, 2014, this Court temporarily granted the City's motion to file an unredacted FAC under seal and scheduled the seal to be lifted on November 3, 2014. Doc. No. 163. The Court also invited Defendants to object to unsealing the FAC on or before October 29, 2014. *Id.*

On October 29, 2014, Johnson & Johnson and Janssen Pharmaceuticals, Inc. objected to unredacting certain portions of the FAC, *see* Doc. No. 174, as did Cephalon, Inc. and Teva Pharmaceutical Industries Ltd., *see* Doc. No. 175.

On November 6, 2014, this Court granted certain of the objections and ordered the City to file a partially redacted public version of the FAC and to file an unredacted version of the FAC under seal. *See* Doc. Nos. 182 & 183.

On November 10, 2014, the City filed a partially redacted public version of the FAC, *see* Doc. No. 185, and an unredacted version of the FAC under seal, *see* Doc. No. 186. The unredacted version of the FAC is the operative complaint in this matter.

On November 21, 2014, this Court entered an order granting the parties' Joint Motion for Extension of Time and Page Limit to respond to the FAC and set a briefing schedule under which the Defendants would file responsive pleadings on or before December 19, 2014, the City would file its response on or before January 26, 2015, and Defendants would file their reply on or before February 17, 2015. *See* Doc. Nos. 188, 195.

As detailed in the concurrently filed Memorandum of Points and Authorities in Support of Defendants' Joint Motion to Dismiss Plaintiff's First Amended Complaint Under the Primary Jurisdiction Doctrine and Under Rule 12(b)(6) for Failure to State a Claim ("Memorandum of Points and Authorities"), this Court should dismiss the FAC or stay this action under the primary jurisdiction doctrine because the City's claims involve complex issues uniquely suited for, and already properly submitted to, the institutional expertise and role of the Food and Drug Administration.

In addition, or in the alternative, this Court should dismiss the Complaint in its entirety on any or all of the following grounds: (1) the City fails to plead fraud with particularity as required by Rule 9(b); (2) the City fails to allege actionable misrepresentations or omissions; (3) the City fails to adequately allege a causal connection between Defendants' alleged misconduct and the City's alleged injury; (4) the City fails to adequately allege that it has been injured; (5) the City fails to state a claim for relief under the Chicago Municipal Code, Illinois statutory authority, or the common law; and (6) the City fails to state a claim for subrogation.

This Motion is based on the concurrently filed Notice of Motion, Memorandum of Points and Authorities, Declaration of Carolyn J. Kubota, the pleadings and other documents on file in this action, any other matters of which the Court may take judicial notice, and any oral argument of counsel.

**WHEREFORE**, Defendants respectfully request that the Court enter an order dismissing Plaintiff's First Amended Complaint with prejudice.

Dated: December 19, 2014

Respectfully submitted,

By: /s/ Charles C. Lifland
    Charles C. Lifland
    Carolyn J. Kubota

    O'MELVENY & MYERS LLP
    400 S. Hope Street
    Los Angeles, CA 90071
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
    clifland@omm.com
    ckubota@omm.com

    *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Appearing Pro Hac Vice*


By: /s/ Michael P. Doss
    Michael P. Doss
    Scott D. Stein

    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    Telephone: (312) 853-7520
    Facsimile: (312) 853-7036
    mdoss@sidley.com
    sstein@sidley.com

    *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

By: /s/ R. Ryan Stoll
R. Ryan Stoll
Patrick Joseph Fitzgerald

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0508
ryan.stoll@skadden.com
patrick.fitzgerald@skadden.com

*Attorneys for Defendants Purdue Pharma L.P., The Purdue Frederick Company, Inc., and Purdue Pharma, Inc.*


By: /s/ Tinos Diamantatos
Tinos Diamantatos

MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1145
(312) 353-2067 (fax)
tdiamantatos@morganlewis.com

Gordon Cooney, Jr. (pro hac vice)
Steven A. Reed (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
jgcooney@morganlewis.com
sreed@morganlewis.com

*Attorneys for Defendants Cephalon, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals Industries, Ltd.*

By: /s/ Steven G. Reade
Steven G. Reade (pro hac vice)
Joshua M. Davis (pro hac vice)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942.5000
steven.reade@aporter.com
joshua.davis@aporter.com

*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals, Inc.*

By: /s/ Peter Vincent Baugher
Peter Vincent Baugher
Kristen Elizabeth Hudson
Nicholas A. Gowen

SCHOPF & WEISS LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
Telephone: (312) 701-9300
baugher@sw.com
hudson@sw.com
gowen@sw.com

*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals, Inc.*

8

By: /s/ James W. Matthews
James W. Matthews, *pro hac vice*
Katy E. Koski, *pro hac vice*
William G. Potter, *pro hac vice*
Jason L. Drori, *pro hac vice*
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
james.matthews@klgates.com
katy.koski@klgates.com
william.potter@klgates.com
jason.drori@klgates.com

Nicholas W. Marietti
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4221
nicholas.marietti@klgates.com

*Attorneys for Defendants Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc., and Watson Laboratories, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of Illinois General Order on Electronic Case Filing, General Order 14-0009(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

/s/ Charles C. Lifland
Charles C. Lifland

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

Executed on December 19, 2014, at Los Angeles, California.

    /s/ Charles C. Lifland
    Charles C. Lifland