# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS INC.; ALLERGAN PLC; f/k/a ACTAVIS PLC; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.,<br><br>　　　　Defendants. | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso<br><br>**ORAL ARGUMENT REQUESTED** |

## JOINT NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, December 1, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Jorge L. Alonso, or any judge sitting in his stead in Room 1700 of the United States District Court, Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois, and then and there present (1) Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint Under Rule 12(b)(6) for Failure to State a Claim, and (2) Defendants' Memorandum

of Points and Authorities in Support of Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint Under Rule 12(b)(6) for Failure to State a Claim, copies of which are attached and are hereby served upon you.

Defendants request oral argument on their Joint Motion to Dismiss Plaintiff's Second Amended Complaint Under Rule 12(b)(6) for Failure to State a Claim.

This Court has already set January 19, 2016 as Plaintiff's deadline to file a response to this Motion and has already set February 18, 2016 as Defendants' deadline to file a reply. *See* Dkt. Nos. 348, 351.

Dated: November 20, 2015

Respectfully submitted,

By: /s/ Charles C. Lifland
    Charles C. Lifland
    Carolyn J. Kubota
    Ivana J. Cingel

O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
ckubota@omm.com
icingel@omm.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Appearing Pro Hac Vice*

By: /s/ Michael P. Doss
Michael P. Doss
Scott D. Stein

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone:   (312) 853-7520
Facsimile:    (312) 853-7036
mdoss@sidley.com
sstein@sidley.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*


By: /s/ R. Ryan Stoll
R. Ryan Stoll
Patrick Joseph Fitzgerald

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0508
ryan.stoll@skadden.com
patrick.fitzgerald@skadden.com

*Attorneys for Defendants Purdue Pharma L.P., The Purdue Frederick Company, Inc., and Purdue Pharma, Inc.*

By: /s/ Tinos Diamantatos
Tinos Diamantatos

MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1145
(312) 353-2067 (fax)
tdiamantatos@morganlewis.com

Gordon Cooney, Jr. (pro hac vice)
Steven A. Reed (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
jgcooney@morganlewis.com
sreed@morganlewis.com

*Attorneys for Defendants Cephalon, Inc. and Teva Pharmaceuticals USA, Inc.*

By: /s/ Steven G. Reade
Steven G. Reade (pro hac vice)
Joshua M. Davis (pro hac vice)
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942.5000
steven.reade@aporter.com
joshua.davis@aporter.com

*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

4

By: /s/ Peter Vincent Baugher
Peter Vincent Baugher
Nicholas A. Gowen
HONIGMAN MILLER SCHWARTZ &
COHN LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Telephone: (312) 701-9300
pbaugher@honigman
ngowen@honigman.com

*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

By: /s/ James W. Matthews
James W. Matthews (pro hac vice)
Katy E. Koski (pro hac vice)
Jason L. Drori (pro hac vice)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Telephone: (617) 342-4000
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com

Jonathan W. Garlough
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
jgarlough@foley.com

*Attorneys for Defendants Allergan plc, f/k/a Actavis plc, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc., and Watson Laboratories, Inc.*

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of Illinois General Order on Electronic Case Filing, General Order 14-0009(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                                          /s/ Charles C. Lifland
                                          Charles C. Lifland

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

Executed on November 20, 2015, at Los Angeles, California.

       /s/ Charles C. Lifland
       Charles C. Lifland