IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.,<br>        Defendants. | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso |

**DEFENDANTS PURDUE PHARMA L.P., PURDUE PHARMA INC.,
AND THE PURDUE FREDERICK COMPANY INC.'S MOTION TO
DISMISS COUNTS II AND IV-X OF PLAINTIFF'S THIRD AMENDED
COMPLAINT UNDER RULE 12(B)(6)**

    Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company, Inc. (collectively, "Purdue") respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Counts II and IV through X brought by the City of Chicago (the "City") against Purdue in the Third Amended Complaint ("TAC"). In support of this motion, Purdue submits herewith a supporting memorandum of law and a declaration with

1

supporting exhibits, as well as incorporates the Joint Motion to Dismiss And/Or Strike Counts 2 and 4-10 of Plaintiff's Third Amended Complaint Under Rules 12(b)(6) and 12(f) that is being filed concurrently herewith on behalf of all Defendants, including Purdue, and further states as follows:

1. On September 29, 2016, this Court issued a Memorandum Opinion and Order (Dkt. No. 471) dismissing Counts II and IV though X of Plaintiff's Second Amended Complaint ("SAC").

2. On October 25, 2016, the City filed the TAC. The TAC superseded the SAC and is the current operative complaint in this matter.

3. Pursuant to Rule 12(b)(6), dismissal of Counts II and IV through X against Purdue is warranted.

4. First, Plaintiff did not amend the previously dismissed Count II, and set forth the Count "solely for purposes of appellate review." TAC at 1 n.1. Count II should therefore be dismissed and stricken.

5. Second, the City has again failed to state a claim against Purdue under Counts IV through X because the TAC does not allege with particularity any viable injury proximately caused by Purdue. The City does not allege or identify any Purdue opioid prescription for which the City provided reimbursement and which was ineffective or purportedly harmed a patient. The City also has not alleged any specific instance in which a Chicago prescriber wrote a prescription for a Purdue opioid reimbursed by the City that was written because the prescriber was misled by a misrepresentation alleged to have been made by Purdue.

6. Third, the Municipal False Statement (Count IV), Municipal False Claims Act (Counts V and VI) and Insurance Fraud (Count VIII) claims are further subject to dismissal

because they fail to allege a viable implied false certification theory.

7.     Fourth, the Conspiracy (Counts VI and IX) claims fail because the City fails to allege an agreement to commit an illegal act and fails to allege facts supporting the claim with particularity.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, as well as the reasons set forth in the memorandum filed in support of the Joint Motion, Counts II and VI-X against Purdue should be dismissed.

Dated:   December 15, 2016

          By: /s/ R. Ryan Stoll
          Patrick Joseph Fitzgerald
          R. Ryan Stoll

          SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP
          155 N. Wacker Drive
          Suite 2700
          Chicago, IL 60606
          (312) 407-0508
          ryan.stoll@skadden.com
          patrick.fitzgerald@skadden.com

          *Attorneys for Defendants Purdue Pharma L.P., The Purdue Frederick Company, Inc., and Purdue Pharma Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2016, I caused to be electronically filed the foregoing Defendants Purdue Pharma L.P., Purdue Pharma Inc., And The Purdue Frederick Company Inc.'s Motion To Dismiss Counts II And IV-X Of Plaintiff's Third Amended Complaint Under Rule 12(B)(6) with the clerk of the court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

Executed on December 15, 2016, at Chicago, Illinois.

/s/ R. Ryan Stoll
R. Ryan Stoll