UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PURDUE PHARMA L.P., et al.,<br><br>Defendants. | Case No. 1:14-cv-04361<br><br>Honorable Jorge L. Alonso |

**ACTAVIS DEFENDANTS' INDIVIDUAL MOTION TO DISMISS
PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendants Allergan plc, f/k/a Actavis plc ("Allergan"), Actavis, Inc., n/k/a Allergan Finance, LLC, f/k/a Watson Pharmaceuticals, Inc. ("Actavis, Inc.," and collectively with Allergan, the "Actavis Holding Company Defendants"); Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc. ("Actavis Labs"), Actavis LLC ("Actavis LLC"), and Actavis Pharma, Inc., f/k/a Watson Pharma, Inc. ("Actavis Pharma," and collectively with Actavis Labs and Actavis LLC, the "Actavis Operating Company Defendants") move the Court for an Order dismissing the claims asserted by Plaintiff City of Chicago (the "City") against the Actavis Defendants in the Third Amended Complaint ("TAC"), filed October 25, 2015 (ECF No. 477). From time to time hereafter, the Actavis Operating Company Defendants and the Actavis Holding Company Defendants collectively are referred to as the "Actavis Defendants."

Pursuant to Fed. R. Civ. P. 12(b)(6), dismissal of the TAC as to the Actavis Defendants is proper, in whole or in part, for at least the following three independent reasons and those set forth more fully in the accompanying memorandum of law:

*First*, the City has failed to comply with the Court's most recent directive to causally link the health care providers who prescribed the Actavis Defendants' opioid products at issue—*i.e.*, Kadian®—to the Actavis Defendants' purportedly fraudulent marketing activities.

*Second*, to the extent the City seeks relief for misconduct involving the branded opioid drug Kadian®, all claims concerning conduct before January 1, 2009 must be dismissed because (as before) the City explicitly concedes that none of the Actavis Defendants owned or marketed Kadian® before 2009.

*Third*, to the extent that any of the claims asserted against the Actavis Defendants relate to any brand-name or generic opioid product other than Kadian®, such claims must be dismissed because Kadian® remains the only opioid that any of the Actavis Defendants are alleged to have detailed to anyone in Chicago.

The Actavis Defendants' motion is based on the concurrently filed Notice of Motion, supporting memorandum of law, Defendants' Joint Motion to Dismiss and/or Strike Counts 2 and 4-10 of Plaintiff's Third Amended Complaint Under Rules 12(b)(6) and 12(f) and supporting Memorandum of Points and Authorities, the pleadings and other documents on file in this action, any other matters of which the Court may take judicial notice, and any oral argument of counsel.

WHEREFORE the Actavis Defendants respectfully request that the Court grant their motion to dismiss the TAC, in whole or in part, with prejudice and award any other relief deemed just and proper.

Dated: December 15, 2016                    Respectfully submitted,

                                                                          By: /s/ James W. Matthews
                                                                          James W. Matthews (pro hac vice)
                                                                          Katy E. Koski (pro hac vice)
                                                                          Jason L. Drori (pro hac vice)

FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jdrori@foley.com

Jonathan W. Garlough
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
jgarlough@foley.com

*Allergan plc, f/k/a Actavis plc, Actavis, Inc., n/k/a Allergan Finance, LLC, f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., Actavis LLC, and Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via CM/ECF on December 15, 2016.

/s/ James W. Matthews
James W. Matthews