IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC; f/k/a ACTAVIS PLC; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.,<br><br>Defendants. | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS JOHNSON & JOHNSON AND JANSSEN PHARMACEUTICALS, INC.'S MOTION TO DISMISS COUNTS 4 TO 10 OF PLAINTIFF'S THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Janssen Pharmaceuticals, Inc., its predecessor companies Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica, Inc. (jointly, "Janssen"), and its parent company Johnson & Johnson ("J&J"), by and through their attorneys, hereby move this Court for an order dismissing as to them Counts 4 to 10 of the Third Amended Complaint ("TAC") filed by Plaintiff City of Chicago (the "City") for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

As detailed in the concurrently filed Memorandum of Points and Authorities in Support of Defendant Johnson & Johnson and Janssen Pharmaceuticals, Inc.'s Motion to Dismiss Counts 4 to 10 of Plaintiff's Third Amended Complaint For Failure to State a Claim ("Memorandum of Points and Authorities"), this Court should:

(1) dismiss Counts 4 to 10 as to J&J and Janssen for failure to plead causation, because the City has failed to allege that even a single Chicago doctor who wrote, or patient who received, a prescription for Duragesic or Nucynta ER that the City reimbursed was exposed to any alleged misrepresentation about these drugs made by a Janssen sales representative or speaker or relied on any such alleged misrepresentation in making treatment decisions, or that those decisions caused the City to pay for an inappropriate prescription;

(2) dismiss Counts 6 and 9 as to J&J and Janssen because the City failed to allege that any pseudonymous prescriber was exposed to statements by Janssen key opinion leaders or to publications resulting from the alleged conspiracy between Janssen and various so-called "front groups"; and

(3) dismiss Counts 6 and 9 as to J&J and Janssen because the City failed to allege an agreement between Janssen and its alleged co-conspirator(s) to violate the law.

This Motion is based on the concurrently filed Notice of Motion, Memorandum of Points and Authorities, Declaration of Charles C. Lifland, the pleadings and other documents on file in this action, any other matters of which the Court may take judicial notice, and any oral argument of counsel.

WHEREFORE, J&J and Janssen respectfully request that the Court enter an order dismissing Counts 4 to 10 of the TAC as to J&J and Janssen with prejudice.

Dated: December 15, 2016        Respectfully submitted,

By: /s/ Charles C. Lifland
Charles C. Lifland
clifland@omm.com
Carolyn J. Kubota
ckubota@omm.com

O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Appearing Pro Hac Vice*

By: /s/ Michael P. Doss
Michael P. Doss
mdoss@sidley.com
Scott D. Stein
sstein@sidley.com

SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7520
Facsimile: (312) 853-7036

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2016, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

Executed on December 15, 2016, at Los Angeles, California.

    /s/ Charles C. Lifland
Charles C. Lifland