IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC; f/k/a ACTAVIS PLC; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.,<br><br>    Defendants. | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Young B. Kim |

**AMENDMENT TO PLAINTIFF'S MOTION TO COMPEL
(TEMPORAL SCOPE OF DISCOVERY) *(ECF 586)***

    After filing their Motion, Counsel for the Plaintiff City of Chicago had further discussions with Counsel for the Endo Defendants. We believe that we have resolved the dispute that is the subject of this Motion with respect to the Endo Defendants, and that the Endo Defendants should not be part of the relief requested in the Motion. Plaintiff is proceeding with the Motion (which is on file as ECF 586) as it relates to the other Defendants.

DATED: July 25, 2017  Respectfully submitted,

/s/ Thomas A. Doyle
_____

Jeffrey Nelson
Linda Singer
Elizabeth Smith
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004

Thomas P. McNulty
Fiona A. Burke
City of Chicago, Department of Law
30 N. LaSalle St., Suite 1240
Chicago, IL 60602

Kenneth A. Wexler
Thomas A. Doyle
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603

***Attorneys for Plaintiff City of Chicago***

## **CERTIFICATE OF SERVICE**

I certify that, on July 25, 2017, I caused a copy of the foregoing document to be served on Counsel for the Defendants via the Court's ECF system.

/s/ Thomas A Doyle