# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

City Of Chicago
                Plaintiff,

v.                                                             Case No.: 1:14–cv–04361
                                                                Honorable Jorge L. Alonso

Janssen Pharmaceuticals Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2017:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. For the reasons stated in open court, Plaintiff's motion to compel [586] is granted. The motion is granted only to the extent that for the opioid products at issue in this litigation that the FDA approved or Defendants acquired prior to January 1, 2004, the time period for responding to Plaintiffs discovery requests for marketing plan documents, communications related to marketing plans, sales training materials, and marketing materials shall start on January 1, 2004. Defendants must also provide their products' launch plans and communications relating to the launch plans. For the opioid products that the FDA approved or Defendants acquired after January 1, 2004, the time period for responding to Plaintiffs discovery requests for marketing plan documents, communications related to marketing plans, sales training materials, and marketing materials shall start one year prior to the product 9;s approval or acquisition date. Defendants (including Endo to the extent that it has agreed to produce documents), shall have until October 23, 2017, to comply with this order. A status hearing is scheduled for October 23, 2017, at 2:00 p.m. by phone for an update on written discovery. The conference call number for the status hearing is (877) 336–1839 and the passcode is 4333213. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.