## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

City Of Chicago
                      Plaintiff,

v.                                                         Case No.: 1:14–cv–04361
                                                        Honorable Jorge L. Alonso

Janssen Pharmaceuticals Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2017:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. For the reasons stated in open court, Defendants' joint motion to compel [588] is granted. The motion is granted to the extent that Plaintiff will be required to respond to Defendants interrogatories and production requests seeking identification of the following after the close of party written discovery and third–party (except health care providers and patients) written discovery: (1) the prescription claims submitted to and paid for by Plaintiff that it asserts were medically unnecessary and to whom they were written; (2) the physicians or health care providers who wrote the prescriptions Plaintiff alleges to have been medically unnecessary; and (3) Plaintiff's basis for identifying the prescription claims to be "medically unnecessary." The court will set the response deadline at the next status hearing, if possible. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.