IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *City of Chicago,*<br>    *Plaintiff.*<br><br>*v.*<br><br>*Purdue Pharma L.P. et al.,*<br>    *Defendants.* | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso |

**CITY'S MOTION FOR LEAVE TO FILE
EXHIBIT A TO MOTION FOR LEAVE TO AMEND UNDER SEAL**

Pursuant to Local Rule 26.2(c) and (e), Plaintiff City of Chicago ("the City") respectfully requests that this Court enter an order granting the City leave to file the City's proposed Fifth Amended Complaint and exhibits. An unredacted copy of the proposed Fifth Amended Complaint is attached hereto as Exhibit 1, and a redacted, public version as Exhibit 2. In support of this Motion, the City states as follows:

1. The City originally filed this suit on June 3, 2014 in the Circuit Court of Cook County Illinois. Defendants removed this case to this Court on June 23, 2014 On December 20, 2017, the Judicial Panel for Multidistrict Litigation (the "JPML") formed an multi-district litigation in the U.S. District Court for the Northern District of Ohio, *In re: National Prescription Opiate Litigation*, 1:17-MD-2804-DAP (the "MDL"), and this suit was transferred to that court and consolidated into that proceeding. On November 19, 2019, Judge Dan Polster, overseeing the MDL, filed a Suggestion of Remand indicating that this suit should be remanded back to this Court. The JPML promptly issued a Conditional Remand Order, which became final on

December 2, 2019. The parties filed their joint stipulation of the contents of the record to be remanded to this Court pursuant to JPML Rule 10.4 on December 24, 2019.

2.  The City proposes to amend the operative complaint in this action by filing its Proposed Fifth Amended Complaint based on developments and facts uncovered in the MDL, and additional public information that has come to light since this case was transferred.

3.  Certain allegations in the Fifth Amended Complaint were filed under seal pursuant to this Court's October 28, 2016 Minute Entry (Docket No. 482), granting The City of Chicago's Motion to File the Unredacted Third Amended Complaint Under Seal (Docket No. 475). These allegations were unsealed by the MDL Court, 1:17-op-4519-DAP (Docket No. 690).

4.  On December 8, 2016, this Court entered the Amended Agreed Confidentiality Order, Docket No. 487, which permits parties seeking to include "Confidential" or "Highly Confidential" information in court filings to seek leave to file them under seal consistent with the Local Rules of the Northern District of Illinois. *Id.* ¶ 13.

5.  On March 6, 2018, the MDL Court entered the Protective Order Re: DEA's ARCOS/DADS Database ("the ARCOS Order"), Docket No. 167, which provided that ARCOS data could only be included in a pleading if the party seeking its inclusion obtained prior court authorization. ARCOS Order ¶ 8. On April 11, 2018, Judge Polster ordered the DEA to produce certain ARCOS data for the years 2006-2014 to the MDL plaintiffs. MDL Docket No. 233. On June 20, 2009, the U.S. Court of Appeals for the Sixth Circuit Vacated the ARCOS order. *HD Media Company, LLC, et. Ano. v. United States Dep't of Justice, et al.*, Case No. 18-3839. On remand, Judge Polster lifted the ARCOS protective order for ARCOS materials from 2006-2012,

but not for 2013-2014. *See* Order Regarding ARCOS Data Protective Order, Docket No. 1845 (July 15, 2019).

6. Certain information in the proposed Fifth Amended Complaint pertains to ARCOS data that has not been made public, and the City out of abundance of caution is preserving the confidentiality of ARCOS data from 2012-2014.

7. On May 15, 2018, the MDL Court entered Case Management Order No. 2: Protective Order. MDL Docket No. 441 (the "MDL Protective Order."), which governed "all hard copy and electronic materials, the information contained therein, and all other information produced or disclosed during the proceeding." MDL Protective Order ¶ 2.

8. Certain information in the proposed Fifth Amended Complaint contains information derived from documents identified as "confidential" or "highly confidential" by the producing parties, pursuant to the MDL Protective Order. ¶ 23. The City does not waive the right to challenge these designations, and explicitly reserves the right to move to unseal certain of these allegations at a later date. However, until such time as their confidentiality may be challenged, the City is bound to protect information designated confidential.

9. The City expects that much of the information designated for redaction in the Proposed Fifth Amended Complaint may ultimately be disclosed without violating any confidentiality interest. However, in order to avoid any delays in this Court's adjudicating the City's Motion for Leave to Amend, the City respectfully requests that this Court permit the exhibit referenced in that motion providing a comparison between the City's Fourth Amended Complaint and Proposed Fifth Amended Complaint, attached hereto as Exhibit 3, to be filed under seal.

10. The City has contacted counsel representing the Allergan, Endo, Janssen, Mallinckrodt, and Teva Defendant families regarding the filing the proposed Fifth Amended Complaint under seal while the Court decides the City's Motion for Leave to Amend, and these Defendants have not responded to the City's email at the time of this filing.

**WHEREFORE**, the City respectfully requests that this Court enter an order allowing the City to file Exhibit 1 to the City's Motion for Leave to Amend under seal.

**IT IS SO ORDERED**: _____

Dated: December 26, 2019

Respectfully submitted,

MARK FLESSNER
**Corporation Counsel, City of Chicago**

BY: /s/ *Linda J. Singer*
    Linda J. Singer

Thomas P. McNulty
Fiona A. Burke
City of Chicago, Department of Law
30 N. LaSalle St., Suite 1240
Chicago, IL 60602
thomas.mcnulty@cityofchicago.org
fiona.burke@cityofchicago.org
Phone: (312) 744-6929
Fax: (312) 742-3832

Linda Singer
Elizabeth Smith
David I. Ackerman
MOTLEY RICE LLC
lsinger@motleyrice.com
esmith@motleyrice.com
dackerman@motleyrice.com
401 9th Street NW, Suite 1001
Washington, DC 20004
Phone: (202) 232-5504
Fax: (202) 386-9622

Kenneth A. Wexler

Bethany R. Turke
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
brt@wexlerwallace.com
tad@wexlerwallace.com
Phone: (312) 346-2222
Fax:    (312) 346-0022

*Attorneys for Plaintiff City of Chicago*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of December, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                                                   */s/ Linda Singer*
                                                    Linda Singer