# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

City Of Chicago

                            Plaintiff,

v.                                                      Case No.: 1:14–cv–04361

                                                             Honorable Jorge L. Alonso

Janssen Pharmaceuticals Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2020:

       MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. City of Chicago's motion for leave to file an amended complaint [670] is taken under advisement. Defendants response to Plaintiff's motion for leave to file an amended complaint shall be filed by 1/28/20. Plaintiff's reply shall be filed by 2/11/20. Defendants shall answer Plaintiff's complaint by 2/11/20. This case is referred to the magistrate judge for discovery supervision, with authority to set and extend deadlines, and a settlement conference. The parties are directed to meet and confer and regarding discovery and file a joint status report by 1/28/20. Status hearing set for 2/18/20 at 9:30 a.m. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.