**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*City of Chicago,*

      *Plaintiff,*

                                    Case No. 14-cv-04361

*v.*                                    Honorable Jorge L. Alonso

*Purdue Pharma L.P. et al.,*

      *Defendants.*

_____/

**DEFENDANT TEVA PHARMACEUTICAL INDUSTRIES LTD.'S MOTION FOR**
**LEAVE TO FILE SUR-REPLY RESPONDING TO PLAINTIFF'S REPLY**

Defendant Teva Pharmaceutical Industries, Ltd. ("Teva Ltd."), respectfully requests that this Court grant it leave to file a sur-reply to address the arguments made by the City in its Reply In Support of Motion for Leave to File an Amended Complaint ("Reply"), ECF No. 704.  In support thereof, Teva Ltd. states as follows:

1.      On December 26, 2019, the City filed a Motion for Leave to File a Fifth Amended Complaint ("Motion").  ECF No. 670.

2.      On January 28, 2020, Teva Ltd. timely filed its Opposition to the City's Motion ("Opposition"), ECF No. 700, and on February 3, 2020, the City filed its Reply in support of its Motion, ECF No. 704.

3.      Good reason exists for the Court to grant Teva Ltd. leave to file the attached sur-reply. "The decision whether to grant a motion for leave to file a sur-reply is within the Court's discretion." *Univ. Healthsystem Consortium v. UnitedHealth Group, Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014); *see also Johnny Blastoff, Inc. v. L.A. Rams*, 188 F.3d 427, 439 (7th Cir. 1999). By way of example, a court may grant a sur-reply in order to permit a party to "address the new arguments made . . . as well as to correct the mischaracterizations of [the party's] arguments." *Univ. Healthsystem Consortium*, 68 F. Supp. 3d at 922 (internal quotation omitted); *see also In re Hicks*, 582 B.R. 6, 11 (Bankr. N.D. Ill. 2018) (granting leave to file sur-reply after finding "the additional brief is necessary to clarify legal issues that [plaintiff] had confused in her Reply.").

4.      Teva Ltd. respectfully submits that good cause exists to file a five-page sur-reply, attached as Exhibit A, because the City's Reply raises new arguments, mischaracterizes Teva Ltd.'s arguments, and both misinterprets and fails to address the applicable law governing its Motion to seek leave to amend.  First, in its Reply, the City now suggests that applicable state law

is irrelevant and that this Court can follow a decision applying personal jurisdiction principles under Ohio law, even though Illinois law governs. Teva Ltd.'s sur-reply addresses this new argument, as well as the City's failure to address Illinois law governing personal jurisdiction over a foreign parent entity. In addition, Teva Ltd.'s sur-reply addresses the City's misinterpretation in its Reply of the "law of the case" doctrine, which misconstrues Teva Ltd.'s arguments regarding that doctrine. The sur-reply clarifies the law governing that doctrine and its application, and corrects the City's portrayal of the points raised by Teva Ltd. in its Opposition. Finally, the sur-reply addresses the City's failure in its Reply to explain its undue delay by failing to investigate the many sources of information available to it years ago—the very same sources that it now seeks to use to amend to add Teva Ltd. The Reply ignores the City's burden on this point.

5.      In addition, Teva Ltd.'s sur-reply will assist the Court in resolving this important issue—that is, whether the State has met its burden of seeking leave to add Teva Ltd. back into this case nearly five years after all claims against it were dismissed for lack of personal jurisdiction. Nor will Teva Ltd.'s sur-reply prejudice the City, since Teva Ltd. is not raising any new arguments and merely responding to the flawed arguments raised in the City's Reply.

WHEREFORE, Teva Ltd. respectfully requests that it be granted leave to file its proposed sur-reply, which is attached as Exhibit A.

Dated:   February 10, 2020

Respectfully submitted,

*/s/ Tinos Diamantatos*
Tinos Diamantatos
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
tinos.diamantatos@morganlewis.com

Eric Sitarchuk
Rebecca Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

*Counsel for specially appearing Defendant Teva Pharmaceutical Industries Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2020, I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which will send a notice of electronic filing to counsel for all parties of record.

*/s/ Tinos Diamantatos*
Tinos Diamantatos
