IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*City of Chicago,*

    *Plaintiff.*

*v.*

*Purdue Pharma L.P. et al.,*

    *Defendants.*

Case No. 14-cv-04361

Honorable Jorge L. Alonso

**CITY'S UNOPPOSED MOTION FOR LEAVE TO FILE
<u>FIFTH AMENDED COMPLAINT UNDER SEAL</u>**

  Pursuant to Local Rule 26.2(c) and (e), Plaintiff City of Chicago ("the City") respectfully requests that this Court enter an order granting the City leave to file an unredacted version of the City's Fifth Amended Complaint, including exhibits, under seal. Undersigned counsel has conferred with Defendants, who have advised they do not oppose the relief sought in this Motion. In support of this Motion, the City states as follows:

  1.  On December 8, 2016, this Court entered the Amended Agreed Confidentiality Order, Docket No. 487, which permits parties desiring to include "Confidential" or "Highly Confidential" information in court filings to seek leave to file them under seal consistent with the Local Rules of the Northern District of Illinois. *Id.* ¶ 13. Thereafter, this action was transferred to the U.S. District Court for the Northern District of Ohio (the "MDL Court") and consolidated in the multidistrict litigation captioned as *In re: National Opiate Litigation*, MDL No. 2804.

  2.  On May 15, 2018, the MDL Court entered Case Management Order No. 2: Protective Order (the "MDL Protective Order") in the consolidated proceedings. The MDL

Protective Order restricted dissemination of "hard copy and electronic materials, the information contained therein, and all other information produced or disclosed during the [MDL] proceeding" that a party designated as containing "Confidential" or "Highly Confidential" information. MDL Protective Order ¶ 2.

3. On November 19, 2019, Judge Dan Polster, overseeing the MDL, filed a Suggestion of Remand indicating that this suit should be remanded back to this Court. The JPML promptly issued a Conditional Remand Order, which became final on December 2, 2019. The City then sought leave to file a Fifth Amended Complaint.

4. On February 18, 2020, this Court granted the City leave to file a Fifth Amended Complaint. *See* Doc. 713.

5. Certain information in the proposed Fifth Amended Complaint contains information derived from documents identified as "confidential" or "highly confidential" by the producing parties, pursuant to the MDL Protective Order. ¶ 23. The City does not waive the right to challenge these designations, and explicitly reserves the right to move to unseal certain of these allegations at a later date. However, until such time as their confidentiality may be challenged, the City is bound to protect information designated confidential. Consistent with that obligation, the City filed a redacted version of the Fifth Amended Complaint on the public docket on February 19, 2019.

6. The City expects that much of the redacted information in the public version of the Fifth Amended Complaint may ultimately be disclosed without violating any confidentiality interest. However, in order to avoid any delays in this, the City respectfully requests that this Court grant leave to file the unredacted Fifth Amended Complaint, including exhibits, under seal,

and direct the parties to confer promptly regarding whether and to what extent information contained therein may be unsealed.

7. The City has contacted counsel representing the Allergan, Endo, Janssen, Mallinckrodt, and Teva Defendant families, who have all consented to this motion.

**WHEREFORE**, the City respectfully requests that this Court enter an order granting the City leave to file under seal an unredacted version of its Fifth Amended Complaint and the exhibits thereto.

**IT IS SO ORDERED**: _____

Dated: February 22, 2020

Respectfully submitted,

MARK FLESSNER
**Corporation Counsel, City of Chicago**

BY: /s/ *Linda J. Singer*
     Linda J. Singer

Thomas P. McNulty
Fiona A. Burke
City of Chicago, Department of Law
30 N. LaSalle St., Suite 1240
Chicago, IL 60602
thomas.mcnulty@cityofchicago.org
fiona.burke@cityofchicago.org
Phone: (312) 744-6929
Fax:   (312) 742-3832

Linda Singer (admitted *pro hac vice*)
Elizabeth Smith (admitted *pro hac vice*)
David I. Ackerman (admitted *pro hac vice*)
MOTLEY RICE LLC
lsinger@motleyrice.com
esmith@motleyrice.com
dackerman@motleyrice.com
401 9th Street NW, Suite 1001
Washington, DC 20004
Phone: (202) 232-5504
Fax:   (202) 386-9622

Kenneth A. Wexler
Bethany R. Turke
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
brt@wexlerwallace.com
tad@wexlerwallace.com
Phone: (312) 346-2222
Fax:    (312) 346-0022

*Attorneys for Plaintiff City of Chicago*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22th day of February, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                                            */s/ Linda Singer*
                                              Linda Singer