# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: City of Chicago v. Purdue Pharma, et al.

Case Number: 1:14-cv-04361

An appearance is hereby filed by the undersigned as attorney for:
Johnson & Jonson and Janssen Pharmaceuticals, Inc.

Attorney name (type or print): Amy R. Lucas

Firm: O'Melveny & Myers LLP

Street address: 1999 Avenue of the Stars, 8th Floor

City/State/Zip: Los Angeles, CA 90067-6035

Bar ID Number: 264034 (CA)
(See item 3 in instructions)

Telephone Number: 310-246-6784

Email Address: alucas@omm.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/25/2020

Attorney signature: S/ Amy Lucas
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015