IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *City of Chicago,*<br>    *Plaintiff.*<br><br>*v.*<br><br>*Purdue Pharma L.P. et al.,*<br>    *Defendants.* | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso |

**PLAINTIFF CITY OF CHICAGO'S MOTION FOR
PROTECTIVE ORDER CONCERNING PRODUCTION
OF MEDICAL AND PHARMACEUTICAL CLAIMS DATA**

  Pursuant to Federal Rule of Civil Procedure 26(b)(1) and 26(b)(2)(C) and Local Rule 37.2, Plaintiff City of Chicago ("the City") respectfully requests that this Court enter a Protective Order: (i) relieving the City of the obligation to produce medical and pharmaceutical insurance claims data and (ii) confirming that the production and identification obligations set forth in Magistrate Judge Kim's August 21, 2017 Order concerning identification of "medically unnecessary prescriptions" no longer apply. In post-MDL remand discussions with Defendants regarding preparation of a Joint Status Report and case management issues more broadly, counsel for the City has repeatedly conferred with Defendants, who do not consent to the relief sought in this Motion.

  Prior to transfer to the MDL, the operative complaint included claims against the Defendants for violations of applicable false claims statutes, as well as for insurance fraud. The Defendants served discovery requests regarding the identification of "medically unnecessary"

prescriptions, asserting that such prescriptions were "central to liability and damages and thus the proper subject of discovery." *See* Docket No. 588 at 6, 7. Following argument, Magistrate Judge Kim ordered the City to identify "medically unnecessary" claims. Docket No. 604.

Following remand of this case from the MDL proceedings, this Court granted[1] the City's motion for leave to amend its complaint, which the City filed on February 19, 2020. The operative complaint is streamlined and does not include claims under any false claims statutes or for insurance fraud. The City no longer seeks recovery for amounts expended on any prescriptions—thus the identification of "medically unnecessary" prescriptions is not relevant and therefore not a proper subject of discovery.

For the reasons set forth in detail in the accompanying supporting memorandum, the City requests that the Court reform its prior order of August 21, 2017 and direct that the City need not identify "medically unnecessary" prescriptions or produce pharmaceutical and medical claims data for its employees and family members who receive insurance from the City.

Dated: February 26, 2020

Respectfully submitted,

MARK FLESSNER
**Corporation Counsel, City of Chicago**

BY: /s/ *Linda J. Singer*
Linda J. Singer

Thomas P. McNulty
Fiona A. Burke
City of Chicago, Department of Law
30 N. LaSalle St., Suite 1240
Chicago, IL 60602
thomas.mcnulty@cityofchicago.org
fiona.burke@cityofchicago.org

---

[1] The Court's denial of the portion of the City's motion for leave to amend the complaint to add Teva, Ltd. as a defendant is not relevant to the present motion.

Phone: (312) 744-6929
Fax:    (312) 742-3832

Linda Singer (admitted *pro hac vice*)
Elizabeth Smith (admitted *pro hac vice*)
David I. Ackerman (admitted *pro hac vice*)
MOTLEY RICE LLC
lsinger@motleyrice.com
esmith@motleyrice.com
dackerman@motleyrice.com
401 9th Street NW, Suite 1001
Washington, DC 20004
Phone: (202) 232-5504
Fax:    (202) 386-9622

Kenneth A. Wexler
Bethany R. Turke
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
brt@wexlerwallace.com
kae@wexlerwallace.com
Phone: (312) 346-2222
Fax:    (312) 346-0022

*Attorneys for Plaintiff City of Chicago*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

                                                  */s/ Linda Singer*
                                                  Linda Singer