IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br>　　　　　Plaintiff,<br>　　v.<br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.,<br>　　　　　Defendants. | Case No. 14-cv-04361<br>Honorable Jorge L. Alonso<br>Magistrate Judge Young B. Kim |

**<u>MOTION FOR ENTRY OF A PRETRIAL SCHEDULING ORDER</u>**

On January 28, 2020, Plaintiff City of Chicago ("the City") and Defendants[1] (the "Parties") filed a joint status report summarizing the procedural posture of the case, the discovery orders this Court issued, and the discovery that took place prior to transfer of this case to *In re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio). In that status report, the Parties provided their respective positions on an appropriate schedule for this litigation. Since that time,

---

[1] The "Defendants" include Teva Pharmaceuticals USA, Inc. ("Teva"); Cephalon Inc. ("Cephalon"); Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica Inc. ("Janssen"); Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. ("Endo"); and Allergan plc, f/k/a Actavis plc, Actavis, Inc., n/k/a Allergan Finance, LLC, f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc. ("Actavis"), and Mallinckrodt LLC ("Mallinckrodt").

1

the Court resolved the City's motion for leave to file the Fifth Amended Complaint ("5AC"), and the 5AC was filed accordingly. The Parties appeared before Magistrate Judge Kim on February 27, 2020. Rather than allow new discovery to proceed, Magistrate Judge Kim requested that the Parties submit a plan for written discovery on March 19, 2020.

In light of these developments, the City requests that the Court enter a pretrial schedule which, among other things, sets time limits on fact and expert discovery, establishes a schedule for dispositive motions, and schedules trial for a date certain in 2020. Entry of such an order will facilitate the submission of a proposed discovery plan to Magistrate Judge Kim that is consistent with the anticipated progress and completion of the litigation.

As the Court well knows, the MDL Court remanded this case on December 2, 2019, as a priority case focused on the manufacturer Defendants. In his Suggestion of Remand, Judge Polster identified this litigation as a candidate for remand in order "to advance the MDL strategically using 'parallel processing.'" Dkt. 701, Exh. G at 3. Judge Polster emphasized that remanding selected litigations was necessary because, otherwise, "it will simply take too long to reach each *category* of plaintiff and defendant, much less each *individual* plaintiff and defendant. Meanwhile, the Opioid Crisis shows no sign of ending." Dkt. 701, Exh. G at 5 (emphasis in original). Judge Polster made his wishes clear in a later filing, noting that: "Specifically the *First Suggestion* noted that: (1) the transferee court had set its own trial date for a case known as Cuyahoga County (II) in 2020; and (2) remand to transferor courts of a few other cases *for trial in 2020* would help advance resolution of the litigation." Dkt. 701, Exh. H at 2 (emphasis added). Other courts have followed Judge Polster's recommendations.

In the Joint Status Report, the Parties set forth their views of the discovery that needs to be completed and presented some key issues that have arisen or are likely to arise as the case proceeds.

In order to move forward effectively, a case schedule is imperative. Given that some time has passed since the Parties submitted their proposed schedules, the City respectfully provides the following amended proposed schedule.

| Event | Date |
|---|---|
| End of Fact Discovery | 5/29/2020 |
| Submission of Expert Reports | 6/17/2020 |
| Submission of Rebuttal Expert Reports | 7/3/2020 |
| Expert Discovery Closes | 7/17/2020 |
| Exchange Exhibit Lists | 7/17/2020 |
| Exchange Deposition Designations | 7/17/2020 |
| File Summary Judgment Motions and Statement of Material Facts per LR 56.1 | 7/24/2020 |
| Exchange Objections to Exhibit Lists | 7/31/2020 |
| Exchange Objections to Deposition Designations & Counter-Designations | 7/31/2020 |
| File Motions in Limine and Daubert Motions | 7/31/2020 |
| Exchange Objections to Counter-Designations | 8/7/2020 |
| File Responses to Summary Judgment Motions and Responses to LR 56.1 Statement of Materials Facts | 8/14/2020 |
| File Responses to Motions in Limine and Daubert Motions | 8/14/2020 |
| File Summary Judgment Replies and responses to LR 56.1 Additional Statements of Fact | 8/21/2020 |
| Submission of Final Pretrial Order per LR 16.1 | 8/21/2020 |
| Final Pretrial Conference | 8/24/2020 |
| TRIAL | 8/31/2020 |

The entry of the City's proposed schedule will be consistent with the MDL Court's Suggestion of Remand and will permit the parties to provide Magistrate Judge Kim with an appropriate discovery plan and proceed efficiently with remaining discovery. For this and all the foregoing reasons, the City requests the entry of an order adopting its proposed pretrial schedule.

Dated: March 4, 2020

Respectfully submitted,

BY: *Kara A. Elgersma*
Kenneth A. Wexler
Bethany R. Turke
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300

Chicago, IL 60603
kaw@wexlerwallace.com
brt@wexlerwallace.com
kae@wexlerwallace.com
Phone: (312) 346-2222
Fax: (312) 346-0022

Thomas P. McNulty
Fiona A. Burke
City of Chicago, Department of Law
30 N. LaSalle St., Suite 1240
Chicago, IL 60602
thomas.mcnulty@cityofchicago.org
fiona.burke@cityofchicago.org
Phone: (312) 744-6929
Fax: (312) 742-3832

Linda Singer
Elizabeth Smith
David I. Ackerman
MOTLEY RICE LLC
lsinger@motleyrice.com
esmith@motleyrice.com
dackerman@motleyrice.com
401 9th Street NW, Suite 1001
Washington, DC 20004
Phone: (202) 232-5504
Fax: (202) 386-9622

*Attorneys for Plaintiff City of Chicago*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, I caused to be electronically filed the foregoing to be filed with the clerk of the court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

/s/ *Kara A. Elgersma*