# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br>    Plaintiff,<br>    v.<br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., MALLINCKRODT PLC; MALLINCKRODT LLC; and SPECGX LLC,<br>    Defendants. | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Young B. Kim |

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS' ANSWER OR OTHER RESPONSE TO THE FIFTH AMENDED COMPLAINT

Plaintiff City of Chicago and Defendants,[1] by their respective counsel, hereby move this Court for an extension of time. In support of this motion, Plaintiff and Defendants state as follows:

---

[1] Teva Pharmaceuticals USA, Inc. ("Teva"); Cephalon Inc. ("Cephalon"); Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica Inc. ("Janssen"); Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. ("Endo"); Allergan plc, f/k/a Actavis plc, Actavis, Inc., n/k/a Allergan Finance, LLC, f/k/a Watson Pharmaceuticals, Inc. ("Allergan Defendants"); Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., Actavis LLC, Actavis Pharma, Inc., f/k/a Watson Pharma, Inc. ("Actavis Generics Entities"); Mallinckrodt LLC and SpecGx LLC ("Mallinckrodt"). Mallinckrodt plc will enter a limited appearance for the purpose of contesting personal jurisdiction pursuant to Rule 12(b)(1).

1. Plaintiff publicly filed a redacted version of the Fifth Amended Complaint on February 19, 2020 (Dkt. No. 715).

2. Plaintiff served an unredacted version of the Fifth Amended Complaint on February 22, 2020.

3. Under Rule 15, all Defendants named in the Fourth Amended Complaint have fourteen (14) days to answer or otherwise respond to the Fifth Amended Complaint, or until March 9, 2020.

4. Under Rule 12, newly named Defendants SpecGx and Mallinckrodt plc have twenty-one (21) days to answer or otherwise respond to Plaintiffs' Complaint, or until March 16, 2020.

5. The parties have agreed and respectfully request that this Court extend the deadline for all Defendants to answer or otherwise respond to the Fifth Amended Complaint to **March 20, 2020**.

6. If Defendants file any motions to dismiss the Fifth Amended Complaint on or before March 20, 2020, then the parties agree and respectfully request that this Court enter the following briefing schedule:

    a. Plaintiffs' Opposing Memorandum of Law will be due thirty (30) days after the filing of such motion(s) to dismiss; and

    b. Defendants' Reply Memorandum will be due fourteen (14) days after the filing of any such opposition.

7. A copy of the proposed Order Granting Joint Motion for Extension of Time will be submitted to the Court via the following email address:

Proposed_Order_Alonso@ilnd.uscourts.gov.

Respectfully Submitted,

Dated: March 6, 2020

/s/ *Kara A. Elgersma* (consent)
Thomas P. McNulty
Fiona A. Burke
City of Chicago, Department of Law
30 N. LaSalle St., Suite 1240
Chicago, IL 60602
thomas.mcnulty@cityofchicago.org
fiona.burke@cityofchicago.org
Phone: (312) 744-6929
Fax: (312) 742-3832

Linda Singer (admitted *pro hac vice*)
Elizabeth Smith (admitted *pro hac vice*)
David I. Ackerman (admitted *pro hac vice*)
MOTLEY RICE LLC
lsinger@motleyrice.com
esmith@motleyrice.com
dackerman@motleyrice.com
401 9th Street NW, Suite 1001
Washington, DC 20004
Phone: (202) 232-5504
Fax: (202) 386-9622

Kenneth A. Wexler
Bethany R. Turke
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
brt@wexlerwallace.com
tad@wexlerwallace.com
Phone: (312) 346-2222
Fax: (312) 346-0022

*Attorneys for Plaintiff City of Chicago*

Dated: March 6, 2020

/s/ *Tinos Diamantatos* (consent)
Tinos Diamantatos
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601
(312)-324-1000
Firm Id # 40417
tinos.diamantatos@morganlewis.com

Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
T: 215.963.5840
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

*Attorneys for Teva Pharmaceuticals, U.S.A., Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.*

/s/ *Joshua M. Davis* (consent)
Jonathan L. Stern
Joshua M. Davis
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Phone: 202-942-5000
jonathan.stern@arnoldporter.com
joshua.davis@arnoldporter.com

Sean O. Morris
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Phone: 213-243-4000
sean.morris@arnoldporter.com

*Attorneys for Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

/s/ *Donna M. Welch* (consent)
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com
*Counsel for Allergan plc f/k/a Actavis plc and Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

/s/ *Andrew J. O'Connor*
Andrew J. O'Connor *(admitted pro hac vice)*
Jennifer S. Pantina *(admitted pro hac vice)*
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
andrew.oconnor@ropesgray.com
jennifer.pantina@ropesgray.com

Sarah M Kimmer
ROPES & GRAY LLP
191 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 845-1244
sarah.kimmer@ropesgray.com

*Attorneys for Mallinckrodt LLC and SpecGx LLC; Specially appearing for Mallinckrodt plc*

4

/s/ *Sabrina H. Strong* (consent)
Charles C. Lifland (*admitted pro hac vice*)
Sabrina H. Strong (*pro hac vice forthcoming*)
Esteban Rodriguez (*admitted pro hac vice*)
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
sstrong@omm.com
esrodriguez@omm.com

Sherry A. Knutson (#6276306)
TUCKER ELLIS LLP
233 South Wacker Drive, Suite 6950
Chicago, Illinois 60606
Telephone: (312) 624-6300
Facsimile: (312) 624-6309
sherry.knutson@tuckerellis.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 6th day of March, 2020, true and correct copies of the foregoing were served on all counsel of record via CM/ECF notice of electronic filing and by email.


Dated: March 6, 2020                    /s/ *Sarah M. Kimmer*
                                        Sarah M Kimmer
                                        ROPES & GRAY LLP
                                        191 North Wacker Drive
                                        Chicago, IL 60606
                                        Telephone: (312) 845-1244
                                        sarah.kimmer@ropesgray.com