# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

City of Chicago

                Plaintiff,

v.                                     Case No.: 1:14–cv–04361
                                     Honorable Jorge L. Alonso

Mallinckrodt PLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Minute entry dated 3/11/20 [735] is amended as follows: Motion hearing held. For the reasons stated on the record, Plaintiff's motion for entry of a pretrial scheduling order [728] is denied. Magistrate Judge Kim has authority to set a briefing schedule on summary judgment. Defendants' motion for enlargement of page limits for Defendants' motion to dismiss briefing in response to the fifth amended complaint [731] is granted in part. Defendants' memoranda of law shall be limited to 75 pages. Plaintiff's response shall be 75 pages. Defendants' replies shall be 45 pages. Joint motion for extension of time for Defendants' answer or other response to the fifth amended complaint [733] is granted. Status hearing set for 5/12/20 at 9:30 a.m. The parties shall file a brief joint status report by 5/7/20.Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.