**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation,<br>　　　　Plaintiff,<br>　　v.<br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., MALLINCKRODT PLC; MALLINCKRODT LLC; and SPECGX LLC,<br>　　　　Defendants. | Case No. 14-cv-04361<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Young B. Kim |

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION
OF TIME FOR DEFENDANTS' ANSWER OR OTHER RESPONSE TO
<u>THE FIFTH AMENDED COMPLAINT</u>**

On this day came to be considered the parties' Joint Motion for Extension of Time for Defendants' Answer or Other Response to the Fifth Amended Complaint. The Court, having considered the merits of said Motion, finds that said Motion is well taken and enters the following schedule:

- Defendants' deadline to answer or otherwise respond to the Fifth Amended Complaint is extended to **March 20, 2020.**
- If Defendants file a motion to dismiss the Fifth Amended Complaint on or before March 20, 2020, then the court enters the following briefing schedule:

- Plaintiffs' Opposing Memorandum of Law will be due thirty (30) days after the filing of such motion to dismiss; and

- Defendants' Reply Memorandum will be due fourteen (14) days after the filing of any such opposition.

It is so ORDERED.

Dated: March 11, 2020

_____
JORGE L. ALONSO
United States District Judge