UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, | ) Case No. 1:14-cv-4361 |
| Plaintiff, | ) Honorable Judge Jorge L. Alonso |
| v. | ) |
| PURDUE PHARMA L.P., et al., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to Local Rule 83.17, Mallinckrodt LLC hereby moves to withdraw the appearance of Jennifer Pantina as counsel of record for Defendant, Mallinckrodt LLC. Ms. Pantina's withdrawal will not cause any delay in the prosecution of this action, as Defendant continues to be represented by Andrew J. O'Connor, Sarah M. Kimmer and William T. Davison of Ropes & Gray LLP.

Dated: March 12, 2020

Respectfully Submitted,

/s/ Jennifer Pantina
Jennifer Pantina
Andrew J. O'Connor
Sarah M. Kimmer
William T. Davison
Ropes & Gray LLP
jennifer.pantina@ropesgray.com
andrew.oconnor@ropesgray.com
sarah.kimmer@ropesgray.com
william.davison@ropesgray.com
800 Boylston Street
Boston, MA 02199
Phone: (617) 951- 7000
Fax: (617) 951-7050

***Counsel for Mallinckrodt LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/ Jennifer Pantina*

Jennifer Pantina