# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

City of Chicago

                        Plaintiff,

v.                                                 Case No.: 1:14–cv–04361
                                                         Honorable Jorge L. Alonso

Mallinckrodt PLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 18, 2020:

      MINUTE entry before the Honorable Young B. Kim: The court's order of February 27, 2020, is amended as follows: (1) Defendants are now ordered to file a joint response to Plaintiff's motion for protective order by April 3, 2020; (2) Plaintiff is ordered to file a single reply to the responses by April 17, 2020; and (3) the parties are to file a joint status report by April 3, 2020, regarding written discovery. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.