**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

City of Chicago
                            Plaintiff,

v.
                                                       Case No.: 1:14−cv−04361
                                                       Honorable Jorge L. Alonso

Mallinckrodt PLC, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 29, 2021:

      MINUTE entry before the Honorable Young B. Kim: By agreement of the parties,
the status hearing scheduled for February 16, 2021, will start at 3:30 p.m. by phone.
Parties are to use the same call−in information. Mailed notice (ma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.