

# United States District Court
# Northern District of Illinois

In the Matter of

City of Chicago                  Magistrate Judge Beth W. Jantz

v.                  Case No. 14-CV-4361

Purdue Pharma L.P., et al.                  Assigned Judge
                 *Reassignment Magistrate to Magistrate

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT TO ANOTHER MAGISTRATE JUDGE

    The above captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Magistrate Judge Jeffrey Cole**

Date: Tuesday, April 20, 2021

---

### ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Tuesday, April 20, 2021

Magistrate Recusal - Reassignment Magistrate to Magistrate

**Reason(s) For Recommendation:**

- IOP 14 I recuse myself from this case which was assigned to my calendar pursuant to LR72.1 or LCrR50.3(d) for the reasons specifically set forth below:

I have holding in Johnson & Johnson stock