IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, <br><br> Plaintiff, <br><br> v. <br><br> PURDUE PHARMA L.P., et al., <br><br> Defendants. | Case No. 14-cv-04361 <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Beth Jantz |

## JOINT STATUS REPORT

In accordance with the Court's January 10, and February 1, 2022 orders (Dkts. 1230, 1238), Plaintiff City of Chicago ("the City") and Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. ("Endo")[1] (together, the "Parties") hereby file this Joint Status Report addressing the status of ongoing discussions between the City, Endo, and the Special Master regarding disputes on the scope of permitted discovery and the anticipated timeframe for resolving those disputes and completing all other work that is part of the Special Master proceedings.

**City's Position**:

The time and effort spent to determine whether Endo had fulfilled its document/data production obligations in the MDL generally and in this case specifically has been well spent. Just in the past few weeks, Endo has agreed to produce approximately 265,000 documents from its "Ankura" repositories and to permit the City to reopen targeted depositions (at its option). Moreover, Endo has disclosed that (contrary to prior representations), it does have electronic files for its founding CEO, Carol Ammon – something the MDL Plaintiffs asked for in 2018 and

---

[1] Pursuant to the Court's December 22, 2021 Order setting the January 12, 2022 status conference between the City and Endo regarding the Special Master proceedings, this Joint Status Report is likewise limited to only these Parties. Dkt. 1226.

were told Endo did not have. Similarly, after repeated representations to the MDL Plaintiffs and the City that Endo no longer had 2007 "Call Data" (granular records of the daily sales calls made by Endo's salespeople in Chicago and elsewhere), Endo revealed that an archive copy of the 2007 Call Data was made in 2010 and retained through 2022 in Endo's files.

The City continues to believe that these and other similarly belated productions by Endo raise serious concerns about whether Endo and its counsel made sufficient and good faith efforts to comply with their discovery obligations—e.g., it is not plausible that someone would "miss" the founding CEO's electronic files in a robust search. But those issues are for "Phase 2" before the Special Master. At this time, the parties are seeking to conclude "Phase 1." Toward that end, Endo continues to answer certain questions raised during the parties' earlier sessions with Special Master Francis. Another session was held (at Endo's request) on February 1, 2022, during which the parties agreed to expeditiously discuss additional targeted searches of (a) Endo's Sharepoint sites and (b) Endo's "Iron Mountain" hard copy files. The City communicated targeted requests to Endo on February 2, 2022.

The City also has communicated to Endo its intent to take the following depositions (i.e., to resume merits discovery of Endo):

| Witness | Proposed Date |
| --- | --- |
| Frank Lidd | Week of March 14, 2022 |
| Teresa Hayes | Week of March 21, 2022 |
| Endo 30(b)(6) | Week of March 28, 2022 |
| Vin Tormo | Week of April 4, 2022. |

The City continues to review the record for potential additional depositions it may seek to take.

The parties also have agreed to work on a stipulation to lay the foundation for certain data and documents (similar to a near-final stipulation in the City of San Francisco case) and to discuss the scope and timing of supplemental responses by Endo to the City's interrogatories.

**Endo's Position**:

Endo strongly disagrees that its continued efforts to address questions raised by the City raise any legitimate concerns about whether Endo made a good-faith effort to respond to discovery requests. Endo has at all times acted in good faith to address its discovery obligations. Neither the recent identification of additional call data found within a more than decade-old copy of call data, nor the correction of an inadvertent error with respect to a custodian suggest otherwise. Because the City's accusations are more appropriately addressed, if at all, during the second phase of the Special Master proceedings,[2] Endo will not belabor them here; it suffices to say that Endo provided the context and explanations for not previously identifying these materials to the City and Judge Francis and Endo disagrees with the City's characterizations.

Despite disagreement on this point, the Parties continue to work cooperatively toward concluding the first phase of proceedings before Judge Francis. To that end, in the spirit of compromise, Endo agreed to negotiated resolutions of certain discovery disputes without the need for intervention by Judge Francis. As a result, no discovery disputes are presently pending before Judge Francis.

Endo continues to gather information concerning its merits discovery and is working to respond to the City's questions and search proposals. Endo anticipates that these remaining items

---

[2] As explained in the Parties' January 10, 2022 Joint Status Report (Dkt. 1229), the Parties anticipate a second phase of proceedings before Judge Francis, which will focus on relief the City intends to seek regarding Endo's discovery conduct. While Endo disagrees that there is any basis for such relief, the Parties have agreed to complete merits discovery before addressing such relief or any related discovery.

will be addressed by the end of February. Additionally, Endo has committed to producing the agreed documents from the Ankura repository in two installments—on February 4, and February 18, 2022—and anticipates that any additional agreed productions of accessible documents could be completed by approximately mid-March. Likewise, the City has indicated its intent to resume depositions of Endo witnesses in mid-March. Accordingly, Endo believes the stay of discovery as between the City and Endo could be lifted on February 28, 2022.

Dated: February 3, 2022

Respectfully submitted,

/s/ Mimi Liu
Kenneth A. Wexler
Bethany R. Turke
Kara A. Elgersma
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
kaw@wexlerwallace.com
brt@wexlerwallace.com
kae@wexlerwallace.com
Phone: (312) 346-2222
Fax: (312) 346-0022

Thomas P. McNulty
Fiona A. Burke
City of Chicago, Department of Law
2 N. LaSalle St., Suite 540
Chicago, IL 60602
thomas.mcnulty@cityofchicago.org
fiona.burke@cityofchicago.org
Phone: (312) 744-6929
Fax: (312) 742-3832

Linda Singer
Mimi Liu
Elizabeth Smith
David I. Ackerman
MOTLEY RICE LLC
lsinger@motleyrice.com
mliu@motleyrice.com
esmith@motleyrice.com
dackerman@motleyrice.com

/s/ Amy L. Van Gelder
Carole S. Rendon (IL 6200217)
Darren A. Crook (admitted *pro hac vice*)
Ruth E. Hartman (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland OH 44114-1214
Phone: 216.861.7420
crendon@bakerlaw.com
dcrook@bakerlaw.com
rhartman@bakerlaw.com

Joshua M. Fliegel (IL 6320614)
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago IL 60606-2841
Telephone: 312.416.8198
jfliegel@bakerlaw.com

Amy L. Van Gelder
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606
Telephone: 312.407.0903
amy.vangelder@skadden.com

*Attorneys for Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

401 9th Street NW, Suite 1001
Washington, DC 20004
Phone: (202) 232-5504
Fax: (202) 386-9622

Jennifer Scullion
Erica Kubly
SEEGER WEISS LLC
jscullion@seegerweiss.com
ekubly@seegerweiss.com
55 Challenger Road, Suite 600
Ridgefield Park, NJ 07660
Phone: (973) 639-9100
Fax: (973) 679-8656

*Attorneys for Plaintiff City of Chicago*

**CERTIFICATE OF SERVICE**

On February 3, 2022, I caused the foregoing to be electronically submitted to the clerk of court for the U.S. District Court, Northern District of Illinois, using the Court's electronic case filing system. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Erica Kubly*
                                            *One of the Attorneys for City of Chicago*