IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, a municipal corporation, <br><br> Plaintiff, <br><br> v. <br><br> PURDUE PHARMA L.P., et al., <br><br> Defendants. | Case No. 14-cv-04361 <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Judge Beth Jantz |

**JOINT STATUS REPORT**

Pursuant to this Court's September 28, 2022 Docket Entry (Dkt. #1287), Plaintiff City of Chicago ("the City") and Defendants[1] (collectively, the "Parties") provide the following status update:

The State of Illinois has agreed to participate in a national multistate opioid settlement with Defendants. The settlement is proceeding through an approval process to assess participation levels. If the settlement is fully consummated, Defendants would be dismissed from this action.

---

[1] For purposes of this Joint Status Report, the "Defendants" include Teva Pharmaceuticals USA, Inc. ("Teva"); Cephalon Inc. ("Cephalon"), Watson Laboratories, Inc., n/k/a Actavis Laboratories UT, Inc., Actavis LLC, and Actavis Pharma, Inc., f/k/a Watson Pharma, Inc. ("Actavis") (Teva, Cephalon and Actavis together, "the Teva Defendants") and Allergan plc and Allergan Finance, LLC ("Allergan").

The remaining Defendants in this case have either settled or actions against them are stayed due to bankruptcy filings. *See* Dkt. No. 717-1 (Fifth Amended Complaint) at p. 10 n.2 (recognizing that claims against the Purdue entities "are stayed due to bankruptcy proceedings"); Dkt. No. 853 ("Notice and Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings" filed by the Mallinckrodt entities); Dkt. No. 1251 ("Stipulation and [Proposed] Order Dismissing with Prejudice Claims Pursuant to National Settlement Agreement" with respect to the Janssen entities); Dkt. No. 1279 ("Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings" filed by the Endo entities).

Dated: January 5, 2023

Respectfully submitted,

*/s/ Kara A. Elgersma*
Kenneth A. Wexler
Kara A. Elgersma
WEXLER, BOLEY & ELGERSMA LLP
311 S. Wacker, Suite 5450
Chicago, Illinois 60606
kaw@wbe-llp.com
kae@wbe-llp.com
Phone: (312) 346-2222
Fax: (312) 346-0022

Stephen Kane
Fiona A. Burke
City of Chicago, Department of Law
121 N. LaSalle St., Room 600
Chicago, IL 60602
Stephen.kane@cityofchicago.org
fiona.burke@cityofchicago.org
Phone: (312) 744-6934
Fax: (312) 742-3832

Linda Singer (admitted *pro hac vice*)
Mimi Liu (admitted *pro hac vice*)
Elizabeth Smith (admitted *pro hac vice*)
David I. Ackerman (admitted *pro hac vice*)
MOTLEY RICE LLC
lsinger@motleyrice.com
mliu@motleyrice.com
esmith@motleyrice.com
dackerman@motleyrice.com
401 9th Street NW, Suite 630
Washington, DC 20004
Phone: (202) 232-5504
Fax: (202) 386-9622

*Attorneys for Plaintiff City of Chicago*

*/s/ Natalie A. Bennett*
Natalie A. Bennett
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
(202) 739-5559
Natalie.bennett@morganlewis.com

Tinos Diamantatos
Zachary R. Lazar
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, Illinois 60606
(312)-324-1000
Firm Id # 40417
tinos.diamantatos@morganlewis.com
zachary.lazar@morganlewis.com

*Attorneys for Teva Pharmaceuticals, U.S.A., Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.*

*/s/ Christina Sharkey*
Christina Sharkey
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Christina.sharkey@kirkland.com

Jennifer G. Levy, P.C. (admitted *pro hac vice*)
Catie Ventura
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jlevy@kirkland.com
catie.ventura@kirkland.com

Janine Cone Metcalf (*pro hac vice pending*)
Jeff A. Kaplan (*pro hac vice pending*)
Meghan e. Breen (*pro hac vice pending*)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
jmetcalf@jonesday.com
jkaplan@jonesday.com
mbreen@jonesday.com

Michael A. Magee (*pro hac vice pending*)
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
mmagee@jonesday.com

Steven Block
THOMPSON HINE
20 North Clark Street, Suite 3200
Chicago, IL 60602-5093
Telephone: (312) 998-4240
Facsimile: (312) 998-4245
Steven.block@thompsonhine.com

*Attorneys for Defendants Allergan plc and Allergan Finance, LLC*